AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America v.

Victor Sean Dennison

Defendant

)
)
)
)
)
)

Case: 1:23-mj-00011
Assigned To : Harvey, G. Michael
Assign. Date : 1/12/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Victor Sean Dennison,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/12/2023

_G. Michael Harvey_ (Digitally signed by G. Michael Harvey Date: 2023.01.12 20:05:21 -05'00')
Issuing officer's signature

City and state:   Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
Printed name and title

### Return

This warrant was received on (date) Jan 12, 2023, and the person was arrested on (date) Jan 13, 2023
at (city and state) San Diego, CA.

Date: Jan 13, 2023

_[signature]_
Arresting officer's signature

Arnesha Bahn  Special Agent ATF
Printed name and title